# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155365 & (20)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT A. FOSTER,
      Defendant-Appellant.

SC: 155365
COA: 334826
Wayne CC: 12-010678-FH

_____/

On order of the Court, the application for leave to appeal the February 8, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for modification of fines, costs, and assessments is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



Clerk

t1218